ELIZABETH DORT, as Director of the PETER A. VOGT MANUFACTURING COMPANY, and Another, Respondents, v. JOSEPHINE A. BEECHER and Another, as Executors, etc., Appellants. — Judgment affirmed, with costs. All concurred.

NORMAN C. YOUNG, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ORLANDO C. WEST, Respondent, v. AMSTERDAM BUILDING COMPANY, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICK TODORO, Appellant.— Judgment of conviction and order affirmed under the provisions of section 542 of the Code of Criminal Procedure. All concurred, except Foote, J., who dissented.

ALLAN D. WILSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

MARGARET PERRY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. Held, that while it was error to receive the testimony as to the conversation between the motorman and conductor after the accident, it was harmless because the undisputed evidence shows that the accident occurred through the carelessness of the defendant. All concurred.

EVA BRAGAN, Respondent, v. SYRACUSE LIGHTING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN J. CONNORS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.

THE COUNTY OF ERIE, Respondent, v. THE TOWN OF TONAWANDA, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

MICHAEL FLIS, Appellant, v. ERIE RAILROAD COMPANY, Respondent. — Motion for reargument denied, with ten dollars costs.

EMMA JOHNSON, Respondent, v. THE CITY OF BUFFALO, Appellant. — Motion granted and appeal dismissed.

MINNIE BUNKER, Plaintiff, v. HARRY BUNKER, Defendant.— Motion granted and appeal dismissed.

JESSIE BLANKENSHIP, Respondent, v. JESSE O'DONNELL, Appellant. — Motion granted and appeal dismissed.